David N. Salmon, Esq.
Nevada Bar No. 7168
DAVID SALMON & ASSOCIATES, Inc.
7495 W. Azure Dr., Suite 102
Las Vegas, Nevada 89130
Phone (702) 382-9696
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF NEVADA

| | |
|---|---|
| JEFF ANDREWS, an individual | CASE No.: 3:25-CV-00142-ART-CLB |
| Plaintiffs, | |
| vs. | STIPULATION AND ORDER TO DISMISS WITH PREJUDICE |
| RN HOLDINGS, LLC, a limited liability company; DOE INDIVIDUALS 1-20, and ROE CORPORATIONS 21-40. | |
| Defendants. | |

IT IS HERBY STIPULATED AND AGREED by and between Plaintiff, **JEFF ANDREWS**, and Defendant, **RN HOLDINGS, LLC**, by and through their respective counsel, if applicable, that all potential claims and claims presently pending in this matter be dismissed, with prejudice, each party to bear its own legal fees and expenses.

The scheduling order is as follows:

Discovery Cut-Off Date: October 24, 2025

Amending the Pleadings and Adding Parties: July 25, 2025

Disclose Experts: August 25, 2025

Disclose Rebuttal Experts: September 24, 2025

1    Dispositive Motions: November 24, 2025

2    Pretrial Order: December 24, 2025

3

4    The parties stipulate and agree that the above-referenced dates, as well as any remaining dates,

5    be vacated and that the case be closed.

6    IT IS SO STIPULATED AND AGREED.

7    Date: 7-22-25                                      Date 7-22-2025

8    DAVID SALMON & ASSOCIATES, INC.

9    /s/ David N. Salmon                               /s/ Russell Carr
     David N. Salmon                                   Russell Carr, Esq.
10   Nevada Bar No. 7168                               Nevada Bar No.: 15191
     DAVID N. SALMON & ASSOC.                          ROBISON, SHARP, SULLIVAN, BRUST
11   7495 W. Azure Dr., Suite 102                      71 Washington St.
     Las Vegas, Nevada 89130                           Reno, Nevada 89503
12   Telephone: (702) 382-9696                         Telephone: (775) 329-3151
     *Attorneys for Plaintiffs*                        *Attorneys for Defendant*
13

14
     IT IS SO ORDERED.
15
     DATED this __24th__ day of __July__, 2025.
16
                                                       /s/ Anne Russell Traum
17                                                     _____
                                                       DISTRICT COURT JUDGE
18

19   Submitted by:
     DAVID SALMON & ASSOCIATES, INC.
20
     /s/ David N. Salmon
21   _____
     David N. Salmon (7168)
22   7495 W. Azure Dr., Suite 102
     Las Vegas, Nevada 89130
23   (702) 382-9696
     *Attorneys for Plaintiff*
24

-2-